IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID BYRD, JR., # 146092, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-CV-452-WKW [WO] |
| ) | |
| RICHARD F. ALLEN ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 19, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that the case is DISMISSED with prejudice.

DONE this 27th day of September, 2010.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE